CT Corporation

**Service of Process Transmittal**
03/25/2021
CT Log Number 539272793

TO:     Serviceof Process
        CVS Health Companies
        1 CVS DR MAIL CODE 1160
        WOONSOCKET, RI 02895-6146

RE:     **Process Served in Florida**

FOR:    Holiday CVS, L.L.C.  (Domestic State: FL)



---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | NOEL NOBRE and RONALD LORENCE, Pltfs. vs. HOLIDAY CVS, L.L.C., etc., Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # CACE21006078 |
| **NATURE OF ACTION:** | Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/25/2021 at 04:28 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/25/2021, Expected Purge Date: 03/30/2021 |
| | Image SOP |
| | Email Notification,  Serviceof Process  service_of_process@cvs.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**              Thu, Mar 25, 2021

**Server Name:**       Crystal Michelin

| | |
|---|---|
| Entity Served | HOLIDAY CVS, L.L.C. |
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | CACE-21-006078 |
| Jurisdiction | FL |

Filing # 123658574 E-Filed 03/24/2021 10:27:07 AM

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

NOEL NOBRE and RONALD LORENCE,

    Plaintiffs,

    -vs-                   No.

HOLIDAY CVS, L.L.C. d/b/a
CVS/PHARMACY #3905,

    Defendant.

SUMMONS

THE STATE OF FLORIDA:
To each Sheriff of the State of Florida:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint, Request to Produce, Notice of Interrogatories in this action on defendant:

**TO:**   HOLIDAY CVS, L.L.C. d/b/a CVS/PHARMACY #3905
      *By Serving*:   Registered Agent:
                 C T CORPORATION SYSTEM
                 1200 South Pine Island Road
                 Plantation, FL 33324

DATED on    MAR 24 2021  _____

    Court Seal

CLERK OF THE CIRCUIT COURT

By:_____ BRENDA D. FORMAN
As Deputy Clerk

**IMPORTANT**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response

1

to the Court

Clerk, Circuit and County Courts
Broward County Courthouse
201 S.E. 6th Street
Ft. Lauderdale, FL 33301
954-831-6600

you must also mail or take a copy of your written response to the "Plaintiff/ Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen ostros requisitos legales. Si lo desea, usted puede consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la quia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate 0 Abogado del Demanadante.)

### IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en mem temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

DAVID W. SINGER, ESQUIRE
DAVID W. SINGER & ASSOCIATES, P.A.
Attorneys for Plaintiffs
1011 South Federal Highway
Hollywood, Florida 33020
Fla. Bar No.: 306215
(954) 920-1571

2

Filing # 123658574 E-Filed 03/24/2021 10:27:07 AM

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

NOEL NOBRE and RONALD LORENCE,

     Plaintiffs,

     -vs-

HOLIDAY CVS, L.L.C. d/b/a
CVS/PHARMACY #3905,

     Defendant.

No.

### COMPLAINT

Plaintiffs, NOEL NOBRE and RONALD LORENCE, sue the Defendant, HOLIDAY

CVS, L.L.C. d/b/a CVS/PHARMACY #3905, and allege:

**Count 1**
**Plaintiff Noel Nobre**

1.    This is an action for damages that exceed $30,000.

2.    On or about November 13, 2020, Defendant owned and operated a pharmacy at

or around 3 S. Pompano Parkway, in Broward County, Florida.

3.    At that time and place Plaintiff arrived at the store's drive-through area for an

appointment for a COVID test.

4.    When the Plaintiff arrived at the drive-through window, the Defendant's

employee–a woman–gave the Plaintiff a bag containing a COVID-test kit.

5.    The employee told the Plaintiff to open the bag and remove the plastic swab, the

plastic bag, and the plastic tube.

6.    The employee told the Plaintiff that the Plaintiff was required to administer the

test himself, and the employee assured the Plaintiff that this self-test was safe and easy, and that

she would stay with him and guide him on how to do it right.

7.    The employee owed the Plaintiff a duty of reasonable care.

1

8.      The employee told the Plaintiff to insert the swab high up into both nostrils, move it around for a few seconds, then remove the swab and insert it into the plastic tube, close the tube, and place the tube into the plastic bag.

9.      The Plaintiff carefully followed the employee's instructions.

10.     The employee breached her duty of care by giving the Plaintiff bad instructions, which led the Plaintiff to injure his nasal cavity, requiring surgical repair and hospitalization.

11.     As a result Plaintiff was injured in and about his body and extremities, suffered pain therefrom, incurred medical expense in the treatment of the injuries, and suffered physical handicap and impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of a previously existing condition, and his working ability was impaired; the injuries are either permanent or continuing in nature and Plaintiff will suffer the losses and impairment in the future.

WHEREFORE Plaintiff Noel Nobre demands judgment for damages against Defendant and demands a trial by jury.

### Count 2
### Plaintiff Ronald Lorence's Loss-of-Consortium Claim

12.     Plaintiff Ronald Lorence adopts paragraphs 1 through 10, above, and further states:

13.     At the time of this accident, and presently, Plaintiff Ronald Lorence was and is married to Plaintiff Noel Nobre.

14.     As a result of Noel Nobre's injury, Ronald Lorence has suffered the loss of support, services, comfort, society, attentions, and consortium of Noel Nobre, and will continue to suffer those losses in the future.

WHEREFORE Plaintiff Ronald Lorence demands judgment for damages against the

Defendant and demands a trial by jury.

DAVID W. SINGER & ASSOCIATES, P.A.
Attorneys for Plaintiffs
1011 South Federal Highway
Hollywood, Florida  33020
Telephone:  (954) 920-1571      Broward
                (305) 945-3045      Miami-Dade
                (561) 833-6944      Palm Beach
Facsimile   (954) 926-5746
Emails:     dsingeresq@aol.com
             pwalsh@1800askfree.com
             bkanaly@1800askfree.com &
             tsettel@1800askfree.com


*/s/ David W. Singer*
DAVID W. SINGER, ESQUIRE
FLORIDA BAR NO.: 306215

3

Filing # 123658574 E-Filed 03/24/2021 10:27:07 AM

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE SEVENTEENTH   JUDICIAL CIRCUIT,
IN AND FOR BROWARD   COUNTY, FLORIDA

Noel Nobre, Ronald Lorence
Plaintiff

Case # _____
Judge _____

vs.

Holiday CVS, L.L.C. d/b/a CVS/Pharmacy #3905
Defendant

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

**III.    TYPE OF CASE**    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**     **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  1

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ David W Singer          Fla. Bar # 306215
        Attorney or party                  (Bar # if attorney)

David W Singer                03/24/2021
  (type or print name)             Date